**CABLEVISION OF BOSTON LIMITED PARTNERSHIP, et al., Plaintiffs, Appellants,**

**v.**

**Raymond L. FLYNN, Mayor of Boston, Defendant, Appellee.**

**No. 89–1441.**

United States Court of Appeals, First Circuit.

Heard Oct. 3, 1989.

Decided Nov. 28, 1989.

Mark J. Tauber, with whom Nora E. Garrote, Piper & Marbury, Washington, D.C., Michael A. Collora and Dwyer & Collora, Boston, Mass., was on brief, for appellants.

Bruce A. Singal, with whom Ann Ryan–Small, Ferriter, Scobbo, Sikora, Caruso & Rodophele, P.C., Boston, Mass., Patrick J. Costello, Law Dept., Boston City Hall, was on brief, for appellee.

Before BOWNES and TORRUELLA, Circuit Judges, and TIMBERS,* Senior Circuit Judge.

PER CURIAM.

Upon full consideration of the briefs and record in this case, we affirm the district court's decision on substantially the same grounds as stated in its opinion. *See Ca-*

---

**2.** Similarly, to the extent petitioner raises new issues in his reply brief, we will not address them.

* Senior Circuit Judge for the Second Circuit, sitting by designation.

*blevision of Boston Limited Partnership v. Flynn,* 710 F.Supp. 23 (D.Mass.1989). *Affirmed.*